**Order entered February 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01378-CR

**ENRIQUESINGER GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80082-2018**

## ORDER

On February 19, 2020, we ordered court reporter Janet Dugger to file the complete reporter's record by March 20, 2020. That same day, court reporter Robyn Rodriguez filed a request for additional time, specifically an extension until March 6, 2020. Because the reporter's record is due March 20, 2020, we **DENY** Ms. Rodriguez's request as **MOOT**.

We **DIRECT** the Clerk to list Robyn Rodriguez as the court reporter on this appeal and to send a copy of this order to the Honorable John Roach, Presiding Judge, 296th Judicial District Court; official court reporter Janet Dugger, 296th Judicial District Court; court reporter Robyn Rodriguez ; and counsel for all parties.

/s/ BILL PEDERSEN, III
JUSTICE